IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHERMAN DOUGHTRY,

     Appellant,

v.

                                      Case No. 5D23-1677
                                      LT Case No. 2021-303880-MMDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed July 25, 2023

3.850 Appeal from the County Court
for Volusia County,
David H. Foxman, Judge.

Sherman Doughtry, Daytona Beach,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

MAKAR, JAY and KILBANE, JJ., concur.